**Taft Stettinius & Hollister LLP**
Carrie M. Francis (309280)
CFrancis@taftlaw.com
2555 East Camelback Road
Suite 1050
Phoenix, Arizona 85016
Telephone:  (602) 240-3000
Facsimile:  (602) 240-6600

Attorneys for Defendant Spreckels Sugar Company, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD SAMUEL CASTRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRECKELS SUGAR COMPANY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 24-cv-00747-TWR-LR<br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant's counsel, Carrie M. Francis, has changed her firm affiliation and contact information. Counsel for Defendant respectfully request that all future orders, filings, and documents be directed to:

**Taft Stettinius & Hollister LLP**
Carrie M. Francis (California Bar No. 309280)
CFrancis@taftlaw.com
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-300
Facsimile: (602) 240-6600

| | | |
|---|---|---|
| 1 | Dated: July 16, 2025 | **TAFT STETTINIUS & HOLLISTER LLP** |
| 2 | | |
| 3 | | By: /s/ Carrie M. Francis |
| 4 | | Carrie M. Francis |
| | | 2555 East Camelback Road, Suite 1050 |
| 5 | | Phoenix, Arizona 85016 |
| 6 | | Attorneys for Defendant Spreckels Sugar Company, Inc. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |