

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arnold Samuel Castro, individually and on behalf of all others similarly situated | Civil Action No.  24-cv-00747-TWR-LR |
| **Plaintiff,** | |
| **V.** | |
| Spreckels Sugar Company, Inc., a California Corporation; Does 1 through 10 inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's Motion for Summary Judgment and denies Defendant's request for fees under 28 U.S.C. § 1927. Judgment is entered in favor of Defendant.

**Date:**        9/8/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy